IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN STEVEN GIRARD,
SRCJ Inmate No. 99015707,
    Plaintiff,

vs.                                             Case No.: 3:19cv4922/RV/EMT

SHERIFF BOB JOHNSON and
WELLPATH MEDICAL,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). On March 23, 2020, the court entered an order directing Plaintiff to file an amended complaint or, in the alternative, a notice of voluntary dismissal within thirty (30) days (ECF No. 7). Plaintiff failed to respond to the court's order; therefore, on April 27, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 8).

    The show cause order was returned by the Santa Rosa County Jail as undeliverable because Plaintiff had been released (ECF No. 9). The court sent

Plaintiff a copy of the show cause order to his release address listed on the jail's website; it, too, was returned as undeliverable (*see* ECF Nos. 9, 10).

The time for compliance with the show cause order has now elapsed and Plaintiff has not filed an amended complaint or a notice of voluntary dismissal. Based on the Court's inability to contact Plaintiff, the issuance of any further order would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 22nd day of May 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.   <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.