IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN STEVEN GIRARD,
SRCJ Inmate No. 99015707,
    Plaintiff,

vs.                                                    Case No.: 3:19cv4922/RV/EMT

SHERIFF BOB JOHNSON and
WELLPATH MEDICAL,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 22, 2020 (ECF No. 11). The court is unable to provide Plaintiff a copy of the Report and Recommendation due to the fact that Plaintiff did not update his address upon being released from the Santa Rosa County Jail. Nevertheless, having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

Page **2** of **2**

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

**DONE AND ORDERED** this 26th day of June, 2020.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv4922/RV/EMT